# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 07-mj-01245 |
| LYLE RAVENKAMP | Malcolm Seawell (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC § 703, 707(a) | Unlawful Taking of Migratory Birds | 6/16/2006 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

1/3/2008
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Michael E. Hegarty,
United States Magistrate Judge
Name & Title of Judicial Officer

1/3/08
Date

DEFENDANT: LYLE RAVENKAMP
CASE NUMBER: 07-mj-01245

## PROBATION

The defendant is hereby placed on UNSUPERVISED probation for a term of 36 months.

The defendant shall also comply with the additional conditions:

## ADDITIONAL CONDITIONS

1) The defendant shall relinquish his pesticide applicator license and not seek another.

2) The defendant shall not possess or use any restricted use pesticide or any other agricultural pesticide except that he may possess and use home insect sprays and agricultural herbicides.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $15,000.00 | $15,000.00 |
| **TOTALS** | $10.00 | $15,000.00 | $15,000.00 |